# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SIDNEY ALLEN WORTHEN,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-07-687-R |
| ) | |
| **OKLAHOMA DEPARTMENT OF** ) | |
| **CORRECTIONS, et al.,** ) | |
| ) | |
|     **Defendant.** ) | |

## **O R D E R**

It has been brought to the attention of the Court that the Plaintiff passed away on October 26, 2010. In light of his passing, this matter is terminated and will be closed accordingly.

IT IS SO ORDERED this 2nd day of November, 2010.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE